**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | 4:25-CV-00035 |
| v. | **JURY TRIAL DEMANDED** |
| SONIC INDUSTRIES SERVICES, LLC | |
| Defendant. | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this February 7, 2025.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>E.D. Mo. # 333687PA
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com

### Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on February 7, 2025.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.

1