# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BOBBY MORRIS, individually and on behalf of all others similarly situated,** | |
| **Plaintiff,** | Case No. 4:25-cv-00035-JMB |
| v. | |
| **SONIC INDUSTRIES SERVICES, LLC,** | Hon. John M. Bodenhausen |
| **Defendant.** | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and E.D. Mo. Local Rule 2.09, Defendant Sonic Industries Services, LLC ("Defendant") hereby respectfully notifies that Court that (i) Defendant's immediate parent company is Sonic LLC; (ii) Sonic Holding Company and Inspire Brands, Inc. are indirect parent companies of Defendant; (iii) Defendant has no subsidiaries that are not wholly owned; and (iv) no publicly-held corporation or company owns 5% or more of Defendant's stock.

Dated: February 19, 2025    Respectfully submitted,

By: /s/ *A. Paul Heeringa*
A. Paul Heeringa (E.D. Mo. Bar 6288233IL)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On February 19, 2025, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all registered participants.

*/s/ A. Paul Heeringa*