# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SONIC INDUSTRIES SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 4:25-cv-00035-JMB<br><br>Hon. John M. Bodenhausen |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Sonic Industries Services, LLC ("Defendant"), by and through its undersigned counsel, hereby respectfully moves to dismiss the putative class action Complaint (*see* Dkt. 1) filed by Plaintiff Bobby Morris in the above-captioned matter, in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for relief. The specific bases for this Motion are set forth in Defendant's Memorandum of Law, filed concurrently herewith and incorporated herein by reference.

WHEREFORE, for the reasons provided in its Memorandum of Law, and for such other reasons as may be presented to the Court prior to ruling hereon, Defendant respectfully requests that this Court enter an order dismissing Plaintiff's entire Complaint, and granting all other just relief.

Dated: March 5, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *A. Paul Heeringa*
　　　　　　　　　　　　　　　　　　　　　　A. Paul Heeringa (Bar # 6288233IL)
　　　　　　　　　　　　　　　　　　　　　　MANATT, PHELPS & PHILLIPS, LLP
　　　　　　　　　　　　　　　　　　　　　　151 N. Franklin Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 529-6300
　　　　　　　　　　　　　　　　　　　　　　Email: pheeringa@manatt.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on, March 5, 2025, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

    */s/ A. Paul Heeringa*

,