AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| Bobby Morris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:25-cv-00035 |
| Sonic Industries Services, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Sonic Industries Services, LLC                                     .

Date:   03/20/2025

/s/Madelaine A. Newcomb
*Attorney's signature*

Madelaine A. Newcomb (MO 68294)
*Printed name and bar number*
Manatt, Phelps & Phillips. LLP
151 N. Franklin St., Ste. 2600
Chicago, IL 60606

*Address*

mnewcomb@manatt.com
*E-mail address*

(312) 529-6305
*Telephone number*

(312) 529-6315
*FAX number*