UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:25-CV-00035-JMB |
| SONIC INDUSTRIES SERVICES, LLC, | ) |
| Defendant(s). | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge John M. Bodenhausen to District Judge Stephen R. Clark.

March 20, 2025  
Date

*Nathan M. Graves*             /  
Clerk of Court

By: /s/ Nikki Phillips           /  
NIKKI PHILLIPS  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:25-CV-00035-SRC**