# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:25-cv-00035-SRC |
| v. | |
| SONIC INDUSTRIES SERVICES, LLC, | Hon. Stephen R. Clark |
| Defendant. | |

## NOTICE OF RESOLUTION

Plaintiff Bobby Morris ("Plaintiff"), for himself and on behalf of Defendant Sonic Industries Services LLC ("Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's individual claims against Defendant will be filed in the next sixty (60) days.  In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines (including Defendant's April 28, 2025 deadline to file a reply in support of its motion to dismiss) and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: April 25, 2025

Respectfully submitted,

By: /s/ *Anthony Paronich*
Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all Parties and their counsel of record through the Court's CM/ECF filing system on April 25, 2025.

.

By: /s/ *Anthony Paronich*