**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SONIC INDUSTRIES SERVICES, LLC<br><br>        Defendant. | Case No.<br>**4:25-CV-00035**<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

    The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: June 5, 2025

        PLAINTIFF,
        By:  */s/ Anthony I. Paronich*
        Anthony Paronich
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone:  (617) 485-0018
        Facsimile:   (508) 318-8100
        Email: anthony@paronichlaw.com